Ralph H. WATTS, Jr., Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7164.

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Ralph H. Watts, Jr.'s unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Shantell L. HAWKINS, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, U.S. Immigration and Customs Enforcement, Respondent.

No. 2007–3213.

United States Court of Appeals, Federal Circuit.

June 29, 2007.

Shantell L. Hawkins, pro se.

*ORDER*

Shantell L. Hawkins ("Hawkins") having filed the required Statement Concerning Discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 8, 2007 dismissal order and the mandate be, and the same hereby are vacated and recalled, and the petition for review is reinstated.

(2) Hawkins' brief is due on or before July 20, 2007.